FILED 21 MAR '18 15:16 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:18-CR- 00112- BR |
| v. | INDICTMENT |
| BLAKE AARON DUFAULT, | 18 U.S.C. § 2423(b) and (e) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

COUNT 1
(Travel with the Intent to Engage in Illicit Sexual Conduct)
(18 U.S.C. § 2423(b) and (e))

On or about January 25, 2018, in the District of Oregon, defendant **BLAKE AARON DUFAULT** knowingly traveled in interstate commerce from the State of Washington to the State of Oregon for the purpose of engaging in any illicit sexual conduct with another person who he believed had not attained the age of 18, and attempted to do so;

In violation of Title 18, United States Code, Sections 2423(b) and (e).

FORFEITURE ALLEGATION

Pursuant to Title 18, United States Code, Section 2428, upon conviction of the offense described in Count 1 of this indictment, defendant **BLAKE AARON DUFAULT** shall forfeit to the United States any property, real or personal, constituting or derived from proceeds obtained

Revised 03/2017

directly or indirectly as a result of the said violation, and any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the said violation, including without limitation one Apple iPhone.

Dated this 20 day of March 2018.

A TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney



NATALIE K. WIGHT
Assistant United States Attorney

INDICTMENT    Page 2