AO 83 (Rev. 06/09) Summons in a Criminal Case

**ORIGINAL**

# UNITED STATES DISTRICT COURT
for the
District of Oregon    FILED 03 APR '18 10:27 USDC-ORP

| | |
|---|---|
| United States of America<br>v.<br>BLAKE AARON DUFAULT<br><br>_____<br>Defendant | )<br>)<br>)<br>) Case No. 3:18-cr-00112-BR<br>)<br>)<br>) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of Court

| Place: U.S. District Court, Mark O. Hatfield U.S. Courthouse<br>1000 SW Third Avenue<br>Portland, Oregon 97204 | Courtroom No.: Magistrate Judge |
|---|---|
| | Date and Time: 04/10/2018 1:30 pm |

This offense is briefly described as follows:
Title 18, United States Code, Section 2423(b) and (e), Travel with the Intent to Engage in Illicit Sexual Conduct

Date: 3-21-18

_P. Sch_
_Issuing officer's signature_

**Immediately upon receipt of this document you are to contact the U.S. Pretrial Services Office at (503) 326-8518 for an appointment.**

P. SCHENEMAN, Deputy Clerk
_Printed name and title_

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 4/3/18

_[signature]_
_Server's signature_

Damon W. Bateson, FBI SA
_Printed name and title_

AO 83 (Rev. 06/09) Summons in a Criminal Case (Page 2)

Case No.

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address)*: _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 4/3/2018 ~~4/2~~ 3/21/18

☒ I personally served the summons on this defendant *Blake Aaron Oufault* at *(place)* 1001 SW 5th Ave, Portland, OR on *(date)* 4/3/2018 ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)* _____,
who is authorized to receive service of process on behalf of *(name of organization)* _____
on *(date)* _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 4/3/18

_____
*Server's signature*

Damon W. Bateson, SA FBI
*Printed name and title*

Remarks: