SAMUEL C. KAUFFMAN, OSB #943527
KAUFFMAN KILBERG LLC
1001 SW Fifth Avenue, Suite 1414
Portland, OR  97204
Telephone: (503) 224-2595
Fax: (503) 224-3203
E-Mail: sam@kauffmankilberg.com

Attorneys for Defendant
Blake Aaron Dufault

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BLAKE AARON DUFAULT,**<br><br>Defendant. | Case No. 3:18-CR-00112-BR<br><br>**DECLARATION OF SAMUEL C. KAUFFMAN (Re: Unopposed Motion to Allow Overnight Travel)** |

I, Samuel C. Kauffman, declare that the following statements are true to the best of my knowledge, information and belief:

**DECLARATION OF SAMUEL C. KAUFFMAN (Re: Unopposed Motion to Allow Overnight Travel)** Page 1 of 3

1. I am counsel for the defendant Blake Dufault.

2. I make this declaration in support or our motion to allow Mr. Dufault to travel to Tri Cities, Washington to attend a family wedding from June 1-3, 2018.

3. On April 10, 2018, the Court issued an order setting conditions of release for Mr. Dufault. Among other conditions, the Court required that U.S. Pretrial Services monitor Mr. Dufault by radio frequency monitoring and a curfew as directed by the supervising officer.

4. Although the Court expressly authorized travel to Washington and Oregon, I understand that Court approval is required for any overnight travel, regardless of location given the required monitoring.

5. I understand that Mr. Dufault plans to travel to Tri Cities, Washington to attend the wedding of his cousin. I further understand that he will travel to Tri Cities with his father, Ted Dufault. Mr. Dufault's father has also agreed to act as chaperone in the event that Mr. Dufault is in a location where minors are likely to be present.

6. I further understand that U.S. Pretrial Officer Lauren Davenport has interviewed Ted Dufault and is satisfied that he is an appropriate chaperone for his son. Accordingly, I understand that Ms. Davenport approves of the requested travel.

7.   Assistant United States Attorney Natalie Wight told me that she supports the position of U.S. Pretrial Services regarding this Motion.

8.   Accordingly, I respectfully request that the Court allow Mr. Dufault's motion to allow out of state travel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 16th day of May 2017.

/s/ Samuel C. Kauffman  
SAMUEL C. KAUFFMAN