SAMUEL C. KAUFFMAN, OSB #943527
KAUFFMAN KILBERG LLC
1001 SW Fifth Avenue, Suite 1414
Portland, OR  97204
Telephone: (503) 224-2595
Fax: (503) 224-3203
E-Mail: sam@kauffmankilberg.com

Attorneys for Defendant
Blake Aaron Dufault

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BLAKE AARON DUFAULT,**<br><br>Defendant. | **Case No. 3:18-CR-00112-BR**<br><br>**DECLARATION OF SAMUEL C. KAUFFMAN (Re: Unopposed Motion to Continue Trial** |

I, Samuel C. Kauffman, declare that the following statements are true to the best of my knowledge, information and belief:

1.      I am counsel for the defendant Blake Aaron Dufault.  I make this

declaration in support of our motion to continue the trial, currently scheduled for June 12, 2018 for approximately 90-days, to on or after September 11, 2018. This is Mr. Dufault's first motion to continue his trial date, which the Court set at his arraignment on April 10, 2018.

2.    Mr. Dufault is charged with one count of Travel with the Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b) and (e).  Mr. Dufault is out of custody on pretrial release.

3.    We need additional time for discovery review, pretrial investigation and other pretrial preparation.

4.    Assistant United States Attorney Natalie Wight told me that she does not oppose the requested continuance.

5.    Mr. Dufault consents to the requested continuance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 23rd day of May 2017.


/s/ Samuel C. Kauffman
SAMUEL C. KAUFFMAN