SAMUEL C. KAUFFMAN, OSB #943527
KAUFFMAN KILBERG LLC
1001 SW Fifth Avenue, Suite 1414
Portland, OR  97204
Telephone: (503) 224-2595
Fax: (503) 224-3203
E-Mail: sam@kauffmankilberg.com

Attorneys for Defendant
Blake Aaron Dufault

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BLAKE AARON DUFAULT,**<br><br>Defendant. | Case No. 3:18-CR-00112-BR<br><br>**DECLARATION OF SAMUEL C. KAUFFMAN (Re: Unopposed Motion to Continue Trial** |

I, Samuel C. Kauffman, declare that the following statements are true to the best of my knowledge, information and belief:

1. I am counsel for the defendant Blake Aaron Dufault.  I make this

declaration in support of our motion to continue the trial, currently scheduled for September 18, 2018 for approximately to on or after November 20, 2018. This is Mr. Dufault's second motion to continue his trial date.

2.   Mr. Dufault is charged with one count of Travel with the Intent to Engage in Illicit Sexual Conduct in violation of 18 U.S.C. § 2423(b) and (e).  Mr. Dufault is out of custody on pretrial release.

3.   We need additional time for discovery review, pretrial investigation and other pretrial preparation.  We also need additional time to finalize the potential resolution of this case.  Currently pending is a Washington County Circuit Court case against Mr. Dufault, brought prior to the federal case and involving the same conduct.  The Washington County case is set for trial on October 24, 2018. Although the parties are close to resolution, the Washington County District Attorney has complicated that process given its refusal to move for dismissal of the state case in deference to the federal prosecution and therefore creating the possibility that Mr. Dufault could be subject to multiple punishments for the same conduct.

4.   Assistant United States Attorney Natalie Wight told me that she does not oppose the requested continuance.

//

5.   Mr. Dufault consents to the requested continuance.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 12th day of September 2018.

<u>/s/ Samuel C. Kauffman</u>
SAMUEL C. KAUFFMAN